**SO ORDERED.**

**SIGNED this 19 day of January, 2011.**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
John C. Cook
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Pamela Ann Morgan** | ) | **No. 10-13804** |
| | ) | **Chapter 7** |
| **Debtor** | ) | |

**O R D E R**

This case is before the court on motions filed by Jerrold D. Farinash, as trustee of the bankruptcy estate of the debtor in this case, and W. Grey Steed, as trustee of the bankruptcy estate of Luis H. Rivas, seeking to alter or amend this court's order of November 29, 2010, to the extent that it overruled the movants' objections to the debtor's exemption claim.

In accordance with a memorandum filed herewith, it is ORDERED that the aforesaid motions to alter or amend the court's order of November 29, 2010, are denied

###